## Weber v. Polonsky, Appellant.

Argued March 21, 1963. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Bruce R. Martin,* with him *Pringle, Bredin & Martin,* for appellant.

*Allan H. Cohen,* with him *Gatz, Cohen, O'Brien & Maurizi,* for appellee.

OPINION PER CURIAM, April 16, 1963:
Judgment affirmed.